```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34796
   MONICA L WRIGHT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9380

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG    46561.48         .00         46561.48
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE    14516.15         .00         14516.15
ADVOCATE SOUTH SUBURBAN   UNSECURED       NOT FILED         .00              .00
AMERICAN GENERAL FINANCE  UNSECURED         7209.09         .00          7209.09
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00              .00
EMPRESS RIVER CASINO COR  UNSECURED         3923.26         .00          3923.26
LASALLE BANK LNA OD       UNSECURED       NOT FILED         .00              .00
NATIONAL QUICK            UNSECURED       NOT FILED         .00              .00
NICOR GAS                 UNSECURED       NOT FILED         .00              .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED         .00              .00
NORTHWESTERN MEMPRIAL HO  NOTICE ONLY     NOT FILED         .00              .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED         .00              .00
US DEPT OF EDUCATION      UNSECURED             .00         .00              .00
ADVANCE MED IMAGING CENT  UNSECURED       NOT FILED         .00              .00
CARSON PIRIE SCOTT        UNSECURED       NOT FILED         .00              .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED         .00              .00
NATIONAL QUICK            UNSECURED       NOT FILED         .00              .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED         .00              .00
WILLIAM J ARENDT & ASSOC  UNSECURED       NOT FILED         .00              .00
WASHINGTON MUTUAL         MORTGAGE ARRE      225.33         .00            225.33
ROBERT V SCHALLER ^       ATTORNEY          2420.00         .00           2420.00
ILLINOIS DEPT OF REVENUE  UNSECURED          610.00         .00            610.00
CITY OF CHICAGO PARKING   FILED LATE         800.00         .00              .00
CITY OF CHICAGO PARKING   UNSECURED          400.00         .00            400.00
DANIEL M MOULTON          DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                       4,642.61
DEBTOR REFUND             REFUND                                       30,925.24

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34796 MONICA L WRIGHT
```

```
TRUSTEE                              111,433.16

PRIORITY                                                      .00
SECURED                                                 61,302.96
UNSECURED                                               12,142.35
ADMINISTRATIVE                                           2,420.00
TRUSTEE COMPENSATION                                     4,642.61
DEBTOR REFUND                                           30,925.24
                                   ---------------   ---------------
TOTALS                               111,433.16         111,433.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 04 B 34796 MONICA L WRIGHT